UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Jill Caruso, Individually, | ) |
| Plaintiff, | ) Case No. 2:17-cv-10470 |
| v. | ) Judge Avern Cohn |
| BIRCH RUN LODGING, INC., a Michigan corporation for profit, | ) |
| Defendant. | ) |

**STIPULATION**

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Respectfully submitted,

Dated: Nov 9, 2017                              Dated: Nov 9, 2017

*/s/ Owen B. Dunn, Jr.*                         */s/ Patrick N. Butler*

Owen B. Dunn, Jr., MI Bar no. P66315            PATRICK N. BUTLER
Law Offices of Owen Dunn, Jr.                   BUTLER LEGAL SERVICES, PLLC
Attorney for Plaintiff                          31100 Stephenson Hwy.
4334 W. Central Avenue, Suite 222               Madison Heights, MI 48071
Toledo, Ohio 43615                              (248) 588-5078
V: (419) 241-9661  F: (419) 241-9737            pnbutleresq@gmail.com
dunnlawoffice@sbcglobal.net                     Attorney for Defendant
Attorney for Plaintiff

**ORDER**

Pursuant to the above Stipulation,

IT IS ORDERED that this matter is dismissed with prejudice and without costs.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Dated:  December 4,, 2017                         s/Avern Cohn
                                                  Honorable Judge Avern Cohn
                                                  United States District Judge